# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | | |
|---|---|---|
| GLORIA ZAVALA SERNA, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. G-08-0014 |
| | § | |
| The vessel *Bow Favour,* ODFJELL | § | |
| SEACHEM AS, ODFJELL ASIA II, PTE., | § | |
| LTD., AND ODFJELL ASA, | § | |
| | § | |
| Defendants. | § | |

## ORDER OVERRULING OBJECTION TO STIPULATION
## OR DISMISSAL AS MOOT AND GRANTING DISMISSAL
## OF THE ORIGINAL PLAINTIFFS' CLAIMS AGAINST DEFENDANTS

The Stipulation of Dismissal, (Docket Entry No. 19), filed by the original plaintiffs Gloria Zavala Serna, individually and as representative of the Estate of Francisco Serna, and Mary Lou Serna; Nancy Serna Moreno–and Francis Serna–and by the defendants–Odfjell Seachem AS, Odfjell Asia II Pte. Ltd. and Odfjell SE (f/k/a Odfjell ASA)–is granted. The intervenor's Objection to the Stipulation of Dismissal, (Docket Entry No. 21), is denied as moot.

The original plaintiffs' claims against defendants Odfjell Seachem AS, Odfjell Asia II Pte. Ltd. and Odfjell SE f/k/a Odfjell ASA are dismissed without prejudice to refiling.

SIGNED on September 25, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge